# GLASS HARLOW & HOGROGIAN LLP
ATTORNEYS AND COUNSELORS AT LAW

A Limited Liability Partnership

85 Broad Street

New York

212-

FAX NO.

*Bryan D. Glass*
  Partner

E-mail:

Septem

> Application granted. The pre-motion conference scheduled for October 5, 2022 is adjourned to October 13, 2022 at 11:00 a.m.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 35.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         October 3, 2022

*Via ECF*
The Honorable Philip Halpern
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4145

**Re: Brooke Balchan v. City School District of New Rochelle, et al.**
**Civil Action No.: 7:21-CV-04798 (PMH)**
**Request to Adjourn Pre-Motion Conference Scheduled for 10/5/22**

Dear Judge Halpern:

    This firm represents Dr. Brooke Balchan in this matter. We write to respectfully request an adjournment of the pre-motion conference scheduled for October 5, 2022 at 2:30 pm. The reason for this request is that the conference is scheduled on Yom Kippur. This is our first request for an adjournment. Defendants' attorney has consented to our request. There are no deadlines that will be impacted by the adjournment of the conference scheduled for October 5, 2022.

    Thank you for your consideration of our request for an adjournment of the scheduled pre-motion conference.

Respectfully Submitted,

**/s: Bryan D. Glass**
Bryan D. Glass, Esq.

1