# GLASS & HOGROGIAN LLP
### ATTORNEYS AT LAW
A Limited Liability Partnership
85 BROAD STREET, 17th FLOOR
NEW YORK, NY 10004

FAX: (produced)
E-mail: bglass@ghnylaw.com

*Bryan D. Glass*
   Partner

*Via ECF*
Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street, Room 530
White Plains, NY 10601

> Application granted to the extent that Plaintiff's deadline to submit her Rule 56.1 Counterstatement is extended to September 5, 2024 and the parties' deadline for filing pre-motion letters concerning summary judgment is extended to September 12, 2024. The parties shall comply with the Court's rules, including limiting the Rule 56.1 Statement to 25 pages; setting forth any counterstatement of facts at the end of the document only, to the extent required to address facts applicable to claims for relief or defenses, together with responses from the moving party; and to otherwise comply with the rules applicable to summary judgment motion practice. *See, e.g., Emanuel v. Gap, Inc., et al.*, 2022 WL 3084317 (S.D.N.Y. Aug. 3, 2022).
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 76.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        August 29, 2024

      Re:    *Balchan v. City School District of New Rochelle et al.,*
              **21-CV-04798 (PMH)**
              **Plaintiff's Motion for Extension to Submit 56.1 Counterstatement**

Dear Judge Halpern:

      This office represents Plaintiff Brooke Balchan in this federal action. We write to respectfully request a one-week extension to September 5, 2024, to submit Plaintiff's 56.1 counterstatement. Defendants have consented to Plaintiff's request. Additionally, Defendants' deadline to file their motion for summary judgment is August 30, 2024. Should Your Honor grant Plaintiff's request, we respectfully request a one-week extension to September 12, 2024, for Defendants to file their motion.

      Thank you for the Court's consideration.

                                    Respectfully submitted,

                                    s/ Bryan D. Glass_____
                                    Bryan D. Glass, Esq.
                                    **GLASS & HOGROGIAN LLP**
                                    Attorneys for Plaintiff
                                    85 Broad Street, 17th Floor @ WeWork
                                    New York, New York 10004
                                    (212) 537-6859

cc: All Defendants (via *ECF*)